UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) |
| v. | ) CRIM. NO. 2:18-CR-26-DBH-02 |
| | ) |
| INYEMAR MANUEL SUAZO, | ) |
| | ) |
| DEFENDANT | ) |

**ORDER ON GOVERNMENT'S MOTION *IN LIMINE***

Both parties have advanced correct legal propositions on when references to sentencing penalties are pertinent or excludable. I cannot make a determination, however, until the facts and context are in play. Accordingly, I **GRANT** the government's motion to exclude penalty references in opening statements, but **DENY** it as to all other contexts **WITHOUT PREJUDICE** to its being raised again during trial as the facts and context become apparent. Counsel shall approach the bench for permission, however, before referring to penalties in the presence of the jury.

SO ORDERED.

DATED THIS 19TH DAY OF SEPTEMBER, 2019

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**