# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Crim. No. 2:18-cr-26-DBH-02 |
| | ) |
| INYEMAR MANUEL SUAZO, | ) |
| Defendant | ) |

**ORDER ON DEFENDANT'S MOTION *IN LIMINE* TO EXCLUDE EVIDENCE**

Both parties have competently argued the law on the motion to exclude evidence regarding bad acts and coconspirator statements, but I cannot rule until I hear the evidence at trial. Accordingly, I **Grant** the motion to the extent that there shall be no reference to such evidence in opening statements, but I **Deny** it as to all other contexts **without prejudice** to its being raised again during trial as the facts and context become apparent. Counsel shall approach the bench for permission, however, before seeking to introduce such evidence in the presence of the jury.

**So Ordered.**

**Dated this 25th day of November, 2019**

/s/ D. Brock Hornby
**D. Brock Hornby**
**United States District Judge**