UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIM. NO. 2:18-CR-26-DBH-02 |
| | ) | |
| INYEMAR MANUEL SUAZO, | ) | |
| DEFENDANT | ) | |

## ORDER ON DEFENDANT'S MOTION TO DISMISS FOR LACK OF VENUE OR JURISDICTION

The defendant's motion to dismiss for lack of venue or jurisdiction is **DENIED**.[1]

The Superseding Indictment properly alleges a sufficient connection to Maine. Whether the government can support the allegation factually is a question for trial. The defendant is free to raise the issue again at the close of the government's case and, if appropriate, seek a jury instruction. See United States v. Perez, 280 F.3d 318, 332-36 (3d Cir. 2002); W. LaFave, 2 Subst. Crim. L. § 12.1(b)(2) (3d ed. 2019).

**SO ORDERED.**

**DATED THIS 9TH DAY OF DECEMBER, 2019**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**

---

[1] In his Reply Memorandum, he recognizes that the "challenge is more accurately to venue" than to jurisdiction. Def.'s Reply Mem. at 1 (ECF No. 571).